**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Christina L. Mowry | |
| Debtor(s) | |
| BANK OF AMERICA, N.A. | BK. NO. 18-21802 CMB |
| Movant | |
| v. | CHAPTER 7 |
| Christina L. Mowry | Related to Docket #_____14_____ |
| Respondent(s) | |
| and | |
| Lisa M. Swope, Trustee | **ENTERED BY DEFAULT** |
| Additional Respondent | |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

    AND NOW, this 19th day of  July    , 2018, at Pittsburgh, upon Motion of BANK OF
AMERICA N.A., it is

    **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362
of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C.
Section 362, is granted and modified to permit Bank of America, N.A., to sell, lease, and otherwise
dispose of the 2013 Ford Taurus,("Vehicle"), bearing VIN Number 1FAHP2KT6DG144205.

_____
United States Bankruptcy Judge                    dms

FILED
7/19/18 10:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Christina L. Mowry
P.O. Box 231
Kittanning, PA 16201

Dai Rosenblum Esq.
254 New Castle Road, Ste B (VIA ECF)
Butler, PA 16001-2529
jody@dairosenblumbankruptcy.com

Lisa M. Swope
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931
lms@nsslawfirm.com

US Trustee
Office of the United States Trustee
Liberty Centedr
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustepregion03.pi.ecf@usdoj.gov


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                Case No. 18-21802-CMB
Christina L. Mowry                                                                    Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1            Date Rcvd: Jul 19, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db             +Christina L. Mowry,    P.O. Box 231,   Kittanning, PA 16201-0231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
          Dai  Rosenblum    on behalf of Debtor Christina L. Mowry Jody@dairosenblumbankruptcy.com,
           pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
          James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
           mmh@nsslawfirm.com/klw@nsslawfirm.com;pa73@ecfcbis.com
          Lisa M. Swope    lms@nsslawfirm.com,   mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                          TOTAL: 5