**Form 129**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Christina L. Mowry**
Debtor(s)

Bankruptcy Case No.: 18–21802–CMB

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Lisa M. Swope is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: September 5, 2018

Carlota M. Bohm
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21802-CMB
Christina L. Mowry                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: admin    Page 1 of 1    Date Rcvd: Sep 05, 2018
                       Form ID: 129    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
db              +Christina L. Mowry,    P.O. Box 231,    Kittanning, PA 16201-0231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
              Dai Rosenblum    on behalf of Debtor Christina L. Mowry Jody@dairosenblumbankruptcy.com,
               pjbz@zoominternet.net;Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
               mmh@nsslawfirm.com;pa73@ecfcbis.com
              Lisa M. Swope    lms@nsslawfirm.com,    mmh@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                               TOTAL: 5